UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| CARMEL CAPITAL, LLC, § | |
| § | |
| v. § | CA NO. 3:23-cv-01240-N |
| § | |
| AUSTIN COMMERCIAL A/K/A § | |
| AUSTIN INDUSTRIES, INC. § | |
| § | JURY DEMANDED |
| Defendants § | |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the following parties, CARMEL CAPITAL, LLC AND AUSTIN COMMERCIAL a/k/a AUSTIN INDUSTRIES, INC. *via* undersigned counsel, hereby give notice of their settlement and voluntary stipulation to dismiss this action and all claims asserted with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: December 12, 2023                     **Respectfully Submitted,**

**Slates Harwell LLP**                           **Le June Law Firm**

*/s/ Gregory Harwell*                            */s/ Dana A. LeJune*
Gregory Alan Harwell, Partner         Dana A. LeJune
Texas Bar No. 09191000                   Texas Bar No: 12188250, NC Bar 49025
1700 Pacific Avenue, #3800              2401 Fountainview, Suite 312
Dallas, Texas 75201                            Houston, Texas 77057-4008
Dir: 469-317-1020 /cell 817-915-4591   Tel: 713-942-9898
gharwell@slatesharwell.com              dlejune@triallawyers.net

*Attorneys for Defendant*                   *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 12th day of December, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will automatically serve all counsel of record.

Dated: December 12, 2023　　　　　　　　　　　　By: /s/ Dana A. LeJune